UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARQUIS LARON WRIGHT,
    Plaintiff,
    v.
SCOTT KERNAN, et al.,
    Defendants.

Case No. 16-cv-06300-WHO (PR)

**ORDER OF DISMISSAL**

Dkt. No. 4

Plaintiff Marquis Laron Wright failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $400.00. The IFP application does not contain a Certificate of Funds signed by an authorized prison officer. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Wright may move to reopen the action. Any such motion **must** contain a complete IFP application, **or** full payment for the $400.00 filing fee.

Wright's IFP application (Dkt. No. 4) is DENIED as insufficient.

The Clerk shall terminate Docket No. 4, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 3, 2017



WILLIAM H. ORRICK
United States District Judge